NUMBER 13-07-00699-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MIGUEL HINOJOSA, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Miguel Hinojosa, attempted to appeal an order issued by the trial court
on August 15, 2007. On November 13, 2007, and again on May 13, 2008, the Clerk of this
Court notified appellant that it appeared that the order from which the appeal was taken
was not an appealable order, and further, that it appeared that the notice of appeal was
untimely filed, and requested correction of these defects within ten days or the appeal
would be dismissed. Appellant has failed to respond to the Court's directives. 

 Accordingly, the appeal is DISMISSED. PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 10th day of July, 2008.